# UNITED STATES DISTRICT COURT
## for the
### District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>LUIS ALEJANDRO BERDUGO BARRAZA and<br>CARLOS PADRON<br><br>*Defendant(s)* | Case No. 4:24MJ3149 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 26, 2024__ in the county of __Lancaster__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(b) and<br>18 U.S.C. § 2 | Bank Theft |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Matt Saad*
Complainant's signature

Matthew Saad, Special Agent, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to before me by telephone or other reliable electronic means.

Date: 11/20/2024

*jdeluca*
Judge's signature

City and state: Lincoln, Nebraska

Jacqueline M. DeLuca, U.S. Magistrate Judge
*Printed name and title*