UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-mj-6551-Valle

FILED BY AR D.C.
Nov 20, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**UNITED STATES OF AMERICA**

**v.**

**CARLOS JAVIER PADRON,**

**Defendant.**
_________________________________/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No.

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No.

4. Did this matter involve the participating of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Joseph A. Cooley*

JOSEPH A. COOLEY
Assistant United States Attorney
Florida Bar No. 966460
500 E. Broward Bouvard, Suite 700
Fort Lauderdale, FL 33394
Tel# (954) 660-5694
Fax: (954) 356-7230
Joseph.Cooley2@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY AR D.C.
Nov 20, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

United States of America
v.

CARLOS JAVIER PADRON,

Defendant(s)

Case No. 24-mj-6551-Valle

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 11, 2024 in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC Sections 922(g)(5) | Possession of Firearm by Illegal Alien |

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By Alex Rodriguez
Deputy Clerk
Date Nov 20, 2024

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Alexander Martinez, DO, ICE
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by: FACETIME

Date: November 20, 2024

[signature: Alicia O. Valle]
*Judge's signature*

City and state: Fort Lauderdale, FL

Hon. Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Alexander Martinez, being duly sworn, state the following,

1. I am a federal officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement ad Removal Operations (ERO) and have been so employed September 2015. Prior to assuming this position, I was a Border Patrol Agent with United States Border Patrol since August 2010. I am currently assigned to the Miami Field Office, ERO Criminal Prosecutions Unit. My current responsibilities include the investigation of criminal, civil, and administrative violations related to the Immigration and Nationality Act, and other federal criminal offenses contained in Title 8 and 18 of the United States Code, to include the reentry of illegal aliens into the United States. During my 14 years of law enforcement experience, I have participated in numerous criminal and administrative immigration-related investigations. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7).

2. This Affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant against that **Carlos Javier PADRON, (hereinafter, "PADRON"), YOB: 1989, COB/COC: Venezuela, A220 343 446,** did knowingly and unlawfully possess a firearm and ammunition while being an alien illegally and unlawfully in the United States, in violation of Title 18, United States Code, Section 922(g)(5).

3. The statements contained in this Affidavit are based on my own personal knowledge, as well as information provided to me by other law enforcement and law enforcement support personnel. I have not included in this Affidavit every fact and circumstance known to me, but only the facts and circumstances to establish probable cause in support of a criminal complaint.

**PROBABLE CAUSE**

4. On or about June 11, 2024, Federal Agents from the Drug Enforcement Agency ("DEA") were conducting an undercover money laundering investigation at parking lot located at 1900 SE 140th Ave, Fort Lauderdale, FL, Florida. DEA in conjunction with Fort Lauderdale Police Department and Detectives from Metro Dade Police Department were conducting a money/cash pickup sting of "Andres Duarte" (subsequently identified as Milton Andres POTES-DUARTE, a/k/a "Andres") and PADRON was subsequently identified as one of two passengers in POTES-DUARTE's vehicle.

5. Prior to the meet, POTES-DUARTE called the DEA Confidential Source that he would arrive at the meet location with two other male subjects in a silver Audi SUV. Shortly thereafter, Law Enforcement observed a silver Audi SUV bearing Florida Tag BM6 8LW, enter the parking garage at the agreed location and park across from the undercover DEA vehicle. DEA observed three Hispanic males exit the silver Audi and approach the undercover DEA vehicle. The three males were later identified as POTES-DUARTE, PADRON, and "JJD."

*6.* Due to officer safety concerns, Law Enforcement gave a takedown signal, and the three male subjects were approached. Incident to arrest, DEA

Federal Agents conducted a pat-down search of the three subjects for officer safety and felt a handgun in PADRON's front waistband. A black semi-automatic Glock 23, 40mm, serial number VSV908, along with loaded magazine containing nineteen (19) 40mm Luger rounds of ammunition was recovered. DEA also recovered firearms from POTES-DUARTE and "JJD."

*PADRON's Immigration Status*

*7.* On June 11, 2024, DEA Special Agents contacted ICE for assistance after PADRON disclosed that he is a citizen and national of Venezuela. ICE ERO Miami responded and questioned PADRON to his citizenship. PADRON stated his name is Carlos Javier PADRON and that he is a citizen and national of Valenzuela. PADRON's fingerprints were enrolled into a portable Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI) systems, which resulted in a positive match to PADRON who is illegally present in the United States in violation of 212(a)(6)(A)(i).

8. ICE conducted a further investigation and learned that on or about November 30, 2021, PADRON (was encountered by United States Border Patrol agents at or around San Luis, Arizona and arrested for immigration violations. A review of PADRON's immigration and fingerprint records revealed that PADRON is a native and citizen of Venezuela. In a statement to the Department of Homeland Security, in reference to PADRON's immigration status, PADRON admitted that his is not a citizen of the United States and that he entered the United States in November 2021, illegally, through Arizona.

9. On July 12, 2024, in Miami Dade County, Florida, PADRON signed and subsequently submitted an Application for Temporary Protected Status, Form I-821 (TPS Application Form), with the U.S. Citizenship and Immigration Services. On the TPS Application Form question #31, PADRON acknowledged he had "No Lawful Status." ICE is currently investigating whether PADRON provided false statements regarding his criminal history on the TPS Form, in violation of Title 18, United States Code Section 1546(a).

*Interstate Nexus*

10. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Jose Hernandez review and inspection of the black semi-automatic Glock 23, 40mm, serial number VSV908, along with loaded magazine containing nineteen (19) 40mm Luger rounds of ammunition was recovered from PADRON. Special Agent Hernandez determined this firearm and ammunition have been manufactured outside the State of Florida, thus traveling in interstate and/or foreign commerce prior to June 11, 2024.

## CONCLUSION

11. Based upon the foregoing facts, I respectfully submit that there is probable cause to believe that on or about June 11, 2024, PADRON, knowingly possessed a firearm, in and affecting interstate and foreign commerce, knowing

that he was an alien illegally and unlawfully in the United States, in violation of Title 18, United States Code, Section 922(g)(5).

Respectfully Submitted,

ALEXANDER MARTINEZ
ICE Deportation Officer
Immigration and Customs Enforcement

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime on this 20th day of November, 2024.

HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By Alex Rodriguez
Deputy Clerk
Date Nov 20, 2024